UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEVAN GEORGE NOBLE                              :

                                                                            :        ORDER
                 Plaintiff,                                   24 Civ. 1026 (KPF) (GWG)
                                                                            :

   -v.-
                                                                            :
LOCAL 342 UFCW
                                                                            :

                 Defendant.                                 :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A conference to discuss settlement in this matter has been scheduled for Monday, March 10, 2025, at 10:30 a.m., in Courtroom 519, 40 Centre Street, New York, New York. Please be sure to arrive a few minutes early so that the conference may begin on time. At this conference, Judge Gorenstein will act as a mediator, attempting to help the parties reach agreement on terms of settlement.

     <u>Any attorney on this matter must immediately take steps to verify, by telephone or other means, that the pro se party is aware of this conference's date, time and location</u>. Any attorney is also responsible for ensuring that a copy of this Order is sent to the pro se party.

     The attorney's client must either attend the conference or be available to participate by telephone. In the case of a corporate client or labor union, a "client" for purposes of the preceding sentence means a person with decision-making authority as to settlement. Where an insurance company has any role in approving a settlement, a knowledgeable representative of the carrier must attend or be available by telephone in addition to the insured.

     On or before February 24, 2025, any attorney must mail, deliver or email (at: GorensteinSettlement@nysd.uscourts.gov ) a letter to the Court, with a copy to the pro se party, outlining the facts of the case, any relevant legal authorities, and any other matters deemed important for consideration as part of the settlement process. The letter should include a history of any settlement negotiations between the parties. The letter must also verify that the attorney has spoken with or otherwise communicated with the pro se party and that the pro se party is aware of the conference's date, time and location.

     The pro se party may also submit such a letter to the Court, with a copy sent to the attorney for the other side. The letters must be kept confidential and will not be admissible in any court proceeding. The letters should not be filed on the ECF docket system.

  The Court's Standing Order In <u>Pro</u> <u>Se</u> Cases Referred for Settlement is enclosed.  Please note that, under paragraph 5, the date of this conference may be changed, if necessary, by contacting the Deputy Clerk ((212) 805-0468 or (212) 805-4260), to determine an alternative date for which the Court is available for a rescheduled court appearance. The requesting party should then contact all other parties to determine their availability for that date.  <u>The requesting party must then make a written request to the Court for an adjournment by letter stating the date and time that is being requested</u>. The letter, which should be filed on ECF, must be sent to all parties and include a statement as to the other parties' positions on the change in date.  The conference is not adjourned unless the parties are thereafter informed by the Court that the written request has been granted.

  The parties are required to seek a change in the date of the conference if an adjournment would permit necessary discovery or exchange of information that would make the conference more fruitful.

  SO ORDERED.

Dated: February 7, 2025
   New York, New York

                _____
                GABRIEL W. GORENSTEIN
                United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**GABRIEL W. GORENSTEIN**
**UNITED STATES MAGISTRATE JUDGE**

### Standing Order In <u>Pro</u> <u>Se</u> Cases Referred for Settlement to Magistrate Judge Gabriel W. Gorenstein

**Judge Gorenstein has ordered the parties to adhere to the following procedures:**

1. Settlement conferences are strictly confidential.

2. Judge Gorenstein will act as a mediator, attempting to help the parties reach agreement on terms of settlement. The Judge expects to hold only one settlement conference.

3. At the settlement conference, all parties will be given the opportunity to make a brief presentation (5-10 minutes) summarizing the case. The presentation should be simple and straightforward. Clients represented by attorneys are encouraged to speak if they wish to do so.

4. Following the presentations, the Judge will meet separately and privately with each side to discuss the possible terms of settlement. .

5. The date of the settlement conference may be changed. The parties are required to seek a change in the date of the conference if a change would permit exchange of information that one side believes is necessary. To seek a change in date, the party should first contact the Deputy Clerk ((212) 805-0468 or (212) 805-4260 to determine an alternate available date and time. The party should thereupon consult with all other parties as to their availability on such date. The party must thereafter make a written request to the Judge by letter filed on ECF requesting a new date that is available for the Judge and agreed to by all parties. The conference is not adjourned unless counsel are thereafter informed by the Court that the written request has been granted.

6. <u>Even though a settlement conference has been scheduled, all deadlines and other obligations in the case remain in effect</u>.